DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BALTAZAR RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0318 LJO-SKO |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER |
| v. | |
| BALTAZAR RODRIGUEZ, | Date:   January 22, 2013 |
| *Defendant*. | Time:   1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 17, 2012, **may be continued to January 22, 2013 at 1:00 p.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: December 13, 2012         By:   */s/ Karen A. Escobar*
                                                      KAREN A. ESCOBAR
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: December 13, 2012         By:   */s/ Ann H. Voris*
                                                      ANN H. VORIS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      Baltazar Rodriguez

DATED: December 13, 2012         By:   */s/ John F. Garland*
                                                      JOHN F. GARLAND
                                                      Attorney at Law
                                                      Attorney for Defendant
                                                      Jose Guadalupe Rodriguez

DATED: December 13, 2012         By:   */s/ Daniel L. Harralson*
                                                      DANIEL L. HARRALSON
                                                      Attorney at Law
                                                      Attorney for Defendant
                                                      Carlos Adan Lupian-Lua

DATED: December 13, 2012         By:   */s/ Katherine L. Hart*
                                                      KATHERINE L. HART
                                                      Attorney at Law
                                                      Attorney for Defendant
                                                      Jose Guadalupe Zavala-Ramos

///

///

DATED: December 13, 2012 By: /s/ *Carol A. Moses*
CAROL A. MOSES
Attorney at Law
Attorney for Defendant
Hector Quintero-Mercado

DATED: December 13, 2012 By: /s/ *Peter M. Jones*
PETER M. JONES
Attorney at Law
Attorney for Defendant
Juan Carlos Perez-Gonzales

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

Dated: **December 13, 2012**    /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE