**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Suite #105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile:  (559) 513-8530
camoses@yosemitelawyer.com

Attorney for Defendant,
HECTOR QUINTERO-MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:12-CR-00318-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO ADVANCE CHANGE OF PLEA AND SENTENCING HEARING; ORDER THEREON** |
| HECTOR QUINTERO MERCADO, | ) | |
| Defendant. | ) | **Date:    June 17, 2013, 8:30 AM** |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Change of Plea and Sentencing Hearing in the above-referenced action now scheduled for June 24, 2013, at 1:30 p.m. is advanced to June 17, 2013, at 8:30 a.m.

///
///
///
///
///
///
///

STIPULATION TO ADVANCE
CHANGE OF PLEA AND SENTENCING
HEARING; [PROPOSED] ORDER THEREON

1

1  The advancement of the change of plea and sentencing hearing is being requested by the
2  parties as the defendant has been in custody 3 months more than the statutory maximum.

3  Dated: June 13, 2013                    Respectfully submitted,

5                                          By: /s/ Carol Ann Moses
6                                              CAROL ANN MOSES
                                               Attorney for Defendant
                                               HECTOR QUINTERO MERCADO

8  Dated: June 13, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney

10                                         By: /s/ Kevin P. Rooney
                                               KEVIN P. ROONEY
11                                             Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 14, 2013**              /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE